**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Octavius HENDERSON, a.k.a. Octavious Henderson, Defendant-Appellant.**

**No. 17-10706 Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(December 6, 2017)

Germaine Seider, Arthur Lee Bentley, III, Shauna S. Hale, James A. Muench, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Before MARTIN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

William Sansone, appointed counsel for Octavius Henderson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion

to withdraw is **GRANTED**, and Henderson's conviction and sentence are **AFFIRMED**.